## QUIÑONES v. RODRÍGUEZ.

APPEAL from the District Court of San Juan.

No. 38.—Decided October 19, 1905.

DIVORCE—GRAVE INJURIES—CRUEL TREATMENT.—In order that an action for divorce based on grave injuries may be successfully prosecuted, it is necessary that the insulting words be of such a nature as to be equivalent to cruelty.

The facts are stated in the opinion.
*Mr. Freyre Barbosa* for appellant.
*Mr. Rossy, fiscal,* for The People.
The respondent did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

This is an appeal from the District Court of San Juan where the appellant, Evaristo Quiñones, brought suit against his wife, Gabriela Rodriguez, for divorce based on the ground

of insulting word (*injurias graves*) used by her. There were
several witnesses who testified to the language that the wife
used to her husband; but we think the district judge was
right in saying that the language so used did not constitute
the grave insults which the law contemplates as a ground for
divorce.

Furthermore, we have decided in the case of *Rafael Cruz*
v. *Moises Dominguez* that in order to obtain a divorce on the
ground of insulting words, such words must amount to cru-
elty. As there is no evidence of cruelty in this case, the
judgment of the district court must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernandez, Figueras
and MacLeary concurred.